.*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

**Colette Cavins,**

        vs.                                  **Case No. 1:10-cv-261**

**Dolgencorp, Inc., et al.,**                **Judge Smith**
                                                  **Magistrate Judge Preston Deavers**

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED : Pursuant to an Order dated December 29, 2011, the Court GRANTS in part and DENIES in part Defendant's Motion to Strike and GRANTs Defendant's Motion for Summary Judgment.

Date:  December 29, 2011                                  **JAMES BONINI, Clerk**

                                                           s/Lisa Wright
                                                           Lisa Wright, Deputy Clerk